**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **FREDIS ANTONIO BONILLA RAMIREZ** | **CASE NO. 1:26-CV-02693 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN CENTRAL LOUISIANA I C E PROCESSING CENTER ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus filed by Fredis Antonio Bonilla Ramirez ("Petitioner") [Doc. No. 1] is **DENIED AS MOOT AND DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 21st day of October, 2026.

Terry A. Doughty
United States District Judge